

# NUMBER 13-22-00065-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE INCLINE CASUALTY COMPANY

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Hinojosa, Tijerina, and Silva**
**Order Per Curiam**

On February 15, 2022, relator Incline Casualty Company filed a petition for writ of mandamus through which it asserts that the trial court committed a clear abuse of discretion by denying relator's contractual right to appraisal pursuant to one of its insurance policies. The Court requests that the real party in interest, Nelda C. Flores, or any others whose interest would be directly affected by the relief sought, file a response

to the petition for writ of mandamus on or before the expiration of ten days from the date

of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
16th day of February, 2022.